UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOKOL HOLDINGS, INC., BRIAN SAVAGE and THOMAS SINCLAIR<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>BMB MUNAI, INC., ALEXANDRE AGAIAN, BAKHYTBEK BAISEITOV, GEORGES BENARROCH, BORIS CHERDABAYEV, MIRGALI KUNAYEV, CREDIFINANCE CAPITAL, INC. and CREDIFINANCE SECURITIES, LTD.<br><br>　　　　　　　　　　　　Defendants. | 05 CV 3749 (KMW)<br><br>**REPLY DECLARATION OF KENNETH A. CARUSO IN SUPPORT OF MOTION TO DISMISS OR TO STAY** |

KENNETH A. CARUSO declares, under penalty of perjury:

    1.    I am a member of the Bar of this Court and a partner in the firm of Bracewell & Giuliani LLP, counsel for defendants in this action. I submit this declaration in further support of the Defendants' Motion To Dismiss Or To Stay, dated June 7, 2006.

    2.    For the Court's use in deciding the motion, I attach the following documents:

    Exhibit 1:    True and correct copies of interrogatory answers served by Brian Savage, Sokol Holdings, Inc., and Thomas Sinclair in the action captioned <u>Savage, et al v. BMB Munai, Inc.</u>, 50 2003 CA 013051 (15th Cir., Florida 2005).

    Exhibit 2:    A true and correct copy of Plaintiff's First Request For The Production Of Documents, dated November 16, 2005, served in this action.

    Exhibit 3:    A true and correct copy of the Reply Declaration of Dr. Iskander Urazovich Zhanaidarov, dated August 22, 2006, including exhibit (the declarant's curriculum vitae).

    I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 23, 2006.

/s/ Kenneth A. Caruso
KENNETH A. CARUSO