Debbie Klein (DK-0186)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF CASE

| | |
|---|---|
| SOKOL HOLDINGS, INC., BRIAN SAVAGE and THOMAS SINCLAIR<br><br>Plaintiffs,<br><br>-against-<br><br>BMB MUNAI, INC., ALEXANDRE AGAIAN, BAKHYTBEK BAISEITOV, GEORGES BENARROCH, BORRIS CHERDABAYEV, MIGALI KUNAYEV, CREDIFINANCE CAPITAL, INC. and CREDIFINACE SECURITIES, LTD.<br><br>Defendants. | Case No. 05 CV 3749 (KMW) (DCF) |

## DECLARATION OF DEBBIE KLEIN IN SUPPORT OF MOTION FOR INSPECTION OF ELECTRONICALLY STORED INFORMATION OF GARY LERNER, ESQUIRE, UNDER FED. R. CIV. PRO. 34 AND 45 AND FOR PRODUCTION OF A COMPLETE PRIVILEGE LOG

DEBBIE KLEIN, an attorney admitted to practice in the Courts of the State of New York and this Court, affirms under penalty of perjury:

1. I am associated with Dewey Pegno & Kramarsky LLP, co-counsel to Plaintiffs in this action. I make this application in support of Plaintiffs' Motion for Inspection of Electronically Stored Information of Gary Lerner, Esq. Under Fed. R. Civ. Pro. 34 and 45.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Notice of Subpoena to Gary Lerner, Esq., to Produce Documents and Things, dated February 28, 2008;

Subpoena dated February 28, 2008; Plaintiffs' Notice of Videotape Deposition of Gary Lerner, Esq. dated April 4, 2008; and Subpoena dated April 4, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 10 marked at the Deposition of Gary Lerner, Esq. on April 25, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 11 marked at the Deposition of Gary Lerner, Esq. on April 25, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 8 marked at the Deposition of Gary Lerner, Esq. on April 25, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of an April 28, 2008 email from Jerome Marcus, Esq. to Robert Lewis, Esq.


Dated: New York, New York
April 29, 2008

/s/ Debbie Klein
DEBBIE KLEIN