UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF CASE

SOKOL HOLDINGS, INC., BRIAN SAVAGE,
and THOMAS SINCLAIR,

    Plaintiffs,

- against -

BMB MUNAI, INC., ALEXANDRE AGAIAN,
BAKHYTBEK BAISEITOV, GEORGES
BENARROCH, BORIS CHERDABAYEV,
MIRGALI KUNAYEV, CREDIFINANCE
CAPITAL, INC. and CREDIFINANCE
SECURITIES, LTD.,

    Defendants.

Case No. 05 CV 3749 (KMW) (DF)

**DECLARATION OF
JAMES E. JI IN SUPPORT
OF MOTION FOR
SUMMARY JUDGMENT**

JAMES E. JI, being first duly sworn upon oath, deposes and states as follows:

1. I am a member of the Bar of this Court and an attorney at Manning Curtis Bradshaw & Bednar LLC, counsel for Defendants in this action. I submit this Declaration in support of Defendants' Motion for Summary Judgment, dated November 10, 2009. The grounds for the Motion are fully set forth in the accompanying Memorandum of Law.

2. For the Court's use in deciding this motion, I attach the following documents:

<u>Exhibit Number & Description</u>

    1    Declaration of Natalie L. Redd
           1-A    Sokol Holdings Inc. Business Plan of March 2003 (P00001-41)
           1-B    E-mail to Brian Savage from Tom Sinclair dated August 22, 2003 (P00178)
           1-C    E-mail to Brian Savage from Tom Sinclair dated May 20, 2003 (P00218)
           1-D    Credifinance Letter of Interest of April 17, 2003 (P00295)

|   |   |   |
|---|---|---|
|   | 1-E | BMB Press Release of August 18, 2003 (P00367-369) |
|   | 1-F | Emir-Oil LLP Share Sale-Purchase Agreement dated April 26, 2003 (P00549-571) |
|   | 1-G | Handwritten Receipt of May 12, 2003 (D27605) |
|   | 1-H | Emir-Oil LLP Share Sale-Purchase Agreement dated June 5, 2003 (D21489-514) |
|   | 1-I | Excerpts of Kazcommerts SEC Information Memorandum of February 2003 (D00000420-453) |
|   | 1-J | Excerpts of InterUnion Financial Corp. Form 10-QSB for Period Ending Dec. 31, 2002 |
|   | 1-K | InterUnion Press Release of August 9, 2002 |
|   | 1-L | Excerpts of Hurricane SEC Form F-10 Filed November 29, 2002 |
|   | 1-M | Excerpts of Transmeridian SEC Form S-3 Filed December 1, 2004 |
|   | 1-N | Excerpts of EMPS Corp. SEC Form 10-KSB for Year Ended December 31, 2002 |
|   | 1-O | Excerpts of Nelsonag Annual Report of 2002 |
|   | 1-P | Email from Marcus to Manning of June 1, 2009 |
|   | 1-Q | Email from Sinclair to Agaian of October 3, 2003 |
| 2 | Excerpts of Boris Cherdabayev Deposition | |
| 3 | Excerpts of Thomas Sinclair Deposition | |
| 4 | Excerpts of Georges Benarroch Deposition | |
| 5 | Excerpts of Mirgali Kunayev Deposition | |
| 6 | Excerpts of Bakhytbek Baiseitov Deposition | |
| 7 | Excerpts of Agaian Deposition | |
| 8 | Declaration of Toleush Tolmakov | |
|   | 8-A | Map |
| 9 | Declaration of Nikolay Klinchev | |
| 10 | Declaration of Knut Sovold | |
| 11 | Declaration of Georges Benarroch | |
|   | 11-A | Falcon Corporate Business Plan of May 2002 |
|   | 11-B | InterUnion Private Placement Memorandum of August 2002 |
|   | 11-C | InterUnion Private Placement Memorandum of September 2003 |
|   | 11-D | Email from Sinclair to Smith of February 26, 2003 (D10231-32) |
|   | 11-E | Email from Sinclair to Credifinance of March 31, 2003 (D10012-54) |
|   | 11-F | BMB Munai, Inc. Form 10-QSB for Period Ending December 31, 2003 (D0001326-49) |
| 12 | Plaintiffs' Responses to Defendants' First Set of Interrogatories | |
| 13 | Excerpts of Brian Savage Deposition | |
| 14 | Transcript for TSBS-CF of August 2003 | |
| 15 | Declaration of Hasanagha Ahmadov | |
| 16 | Declaration of Iskander Urazovich Zhanaidarov | |

Dated: November 10, 2009
Salt Lake City, Utah

**MANNING CURTIS BRADSHAW & BEDNAR LLC**

/s/ James E. Ji

_____

Brent V. Manning (admitted *pro hac vice*)
L.R. Curtis, Jr. (admitted *pro hac vice*)
Chad R. Derum (admitted *pro hac vice*)
James E. Ji (JJ 5150)
170 South Main Street, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

**O'HARE PARNAGIAN LLP**
Robert A. O'Hare Jr. (RO 6644)
Richard A. Menchini (RM 0657)
82 Wall Street, Suite 300
New York, New York 10005-3686
Telephone: (212) 425-1401
Facsimile: (212) 425-1421

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF JAMES E. JI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** to be served in the method indicated below to the below-named attorneys this 10th day of November, 2009.

\_\_\_HAND DELIVERY  Jerome M. Marcus
\_\_\_U.S. MAIL  MARCUS & AUERBACH, LLC
\_\_\_OVERNIGHT MAIL  400 Greenwood Avenue, Suite 200
\_\_\_FAX TRANSMISSION  Wyncote, PA 19095
\_\_\_E-MAIL TRANSMISSION  Jmarcus@marcusauerbach.com
\_x\_USDC ECF NOTICE

Attorneys for Plaintiffs

\_\_\_HAND DELIVERY  Jacob A. Goldberg
\_\_\_U.S. MAIL  Faruqi & Faruqi, L.L.P.
\_\_\_OVERNIGHT MAIL  Post Office Box 30132
\_\_\_FAX TRANSMISSION  Elkins Park, PA 19027
\_\_\_E-MAIL TRANSMISSION  jgoldberg@faruqilaw.com
\_x\_USDC ECF NOTICE

Attorneys for Plaintiffs

\_\_\_HAND DELIVERY  Jamie Rebecca Mogil
\_\_\_U.S. MAIL  Faruqi & Faruqi, L.L.P.
\_\_\_OVERNIGHT MAIL  369 Lexington Avenue, 10th Floor
\_\_\_FAX TRANSMISSION  New York, N.Y. 10017
\_\_\_E-MAIL TRANSMISSION  jmogil@faruqilaw.com
\_x\_\_USDC ECF NOTICE

Attorneys for Plaintiffs

\_\_\_HAND DELIVERY  Thomas E.L. Dewey
\_\_\_U.S. MAIL  Dewey, Pegno & Kramarsky, LLP
\_\_\_OVERNIGHT MAIL  220 East 42nd Street, 33rd Floor
\_\_\_FAX TRANSMISSION  New York, New York 10017
\_\_\_E-MAIL TRANSMISSION  tdewey@dpklaw.com
\_x\_\_USDC ECF NOTICE

Attorneys for Plaintiffs

| ___HAND DELIVERY | Jonathan Auerbach |
| ___U.S. MAIL | Marcus Auerbach & Zylstra LLC |
| ___OVERNIGHT MAIL | 400 Greenwood Avenue |
| ___FAX TRANSMISSION | Wyncote, PA 19095 |
| ___E-MAIL TRANSMISSION | auerbach@marcusauerbach.com |
| _x__USDC ECF NOTICE | |

Attorneys for Plaintiffs

/s/ James E. Ji

_____