**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ECF CASE

| | |
|---|---|
| SOKOL HOLDINGS, INC., BRIAN SAVAGE, and THOMAS SINCLAIR,<br><br>  Plaintiffs,<br><br>  - against -<br><br>BMB MUNAI, INC., ALEXANDRE AGAIAN, BAKHYTBEK BAISEITOV, GEORGES BENARROCH, BORIS CHERDABAYEV, MIRGALI KUNAYEV, CREDIFINANCE CAPITAL, INC., and CREDIFINANCE SECURITIES, LTD.,<br><br>  Defendants. | Case No. 05 CV 3749 (KMW) (DF) |

**DEFENDANTS' MOTION IN LIMINE #5 TO
PRECLUDE PLAINTIFFS FROM SEEKING DAMAGES FOR AND FROM
INTRODUCING EVIDENCE OF WORK PERFORMED FOR PRIOR EMPLOYERS**

Defendants respectfully submit this Motion in Limine #5 to Preclude Plaintiffs from Seeking Damages for and From Introducing Evidence of Work Performed for Prior Employers and, for the reasons set forth in the accompanying Memorandum of Law in Support, Defendants request that Plaintiffs be precluded from seeking damages for any and all services performed on behalf of, or while Plaintiffs were employed by parties other than Defendants.

Dated:  August 3, 2010
Salt Lake City, Utah

            **MANNING CURTIS BRADSHAW**
              **& BEDNAR LLC**

            /s/ Brent V. Manning
            _____
            Brent V. Manning (admitted *pro hac vice*)
            L.R. Curtis, Jr. (admitted *pro hac vice*)
            Sammi V. Anderson (*pro hac vice admission pending*)
            James E. Ji (JJ 5150)
            170 South Main Street, Suite 900
            Salt Lake City, Utah 84101
            Telephone:  (801) 363-5678
            Facsimile:   (801) 364-5678

            **O'HARE PARNAGIAN LLP**
            Robert A. O'Hare Jr. (RO 6644)
            Richard A. Menchini (RM 0657)
            82 Wall Street, Suite 300
            New York, New York 10005-3686
            Telephone:  (212) 425-1401
            Facsimile:   (212) 425-1421

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a true and correct copy of the foregoing **MOTION IN LIMINE #5 TO PRECLUDE PLAINTIFFS FROM SEEKING DAMAGES FOR AND FROM INTRODUCING EVIDENCE OF WORK PERFORMED FOR PRIOR EMPLOYERS** to be served in the method indicated below to the below-named attorneys this 3rd day of August, 2010.

\_\_\_HAND DELIVERY    Jerome M. Marcus
\_\_\_U.S. MAIL       MARCUS & AUERBACH, LLC
\_\_\_OVERNIGHT MAIL   400 Greenwood Avenue, Suite 200
\_\_\_FAX TRANSMISSION  Wyncote, PA 19095
\_\_\_E-MAIL TRANSMISSION Jmarcus@marcusauerbach.com
\_x\_USDC ECF NOTICE

                 Attorneys for Plaintiffs

\_\_\_HAND DELIVERY    Jacob A. Goldberg
\_\_\_U.S. MAIL       Faruqi & Faruqi, L.L.P.
\_\_\_OVERNIGHT MAIL   191 Greenwood Avenue, Suite 600
\_\_\_FAX TRANSMISSION  Jenkintown, PA 19046
\_\_\_E-MAIL TRANSMISSION jgoldberg@faruqilaw.com
\_x\_USDC ECF NOTICE

                 Attorneys for Plaintiffs

\_\_\_HAND DELIVERY    Jamie Rebecca Mogil
\_\_\_U.S. MAIL       Faruqi & Faruqi, L.L.P.
\_\_\_OVERNIGHT MAIL   369 Lexington Avenue, 10th Floor
\_\_\_FAX TRANSMISSION  New York, N.Y. 10017
\_\_\_E-MAIL TRANSMISSION jmogil@faruqilaw.com
\_x\_USDC ECF NOTICE

                 Attorneys for Plaintiffs

3

|  |  |
|---|---|
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_OVERNIGHT MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>\_x\_USDC ECF NOTICE | Thomas E.L. Dewey<br>Dewey, Pegno & Kramarsky, LLP<br>220 East 42nd Street, 33rd Floor<br>New York, New York 10017<br>tdewey@dpklaw.com<br><br>Attorneys for Plaintiffs |
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_OVERNIGHT MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>\_x\_USDC ECF NOTICE | Jonathan Auerbach<br>Marcus & Auerbach LLC<br>400 Greenwood Avenue, Suite 200<br>Wyncote, PA 19095<br>auerbach@marcusauerbach.com<br><br>Attorneys for Plaintiffs |

/s/ James E. Ji
_____