UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF CASE

| | |
|---|---|
| SOKOL HOLDINGS, INC., BRIAN SAVAGE, and THOMAS SINCLAIR,<br><br>    Plaintiffs,<br><br>    - against -<br><br>BMB MUNAI, INC., ALEXANDRE AGAIAN, BAKHYTBEK BAISEITOV, GEORGES BENARROCH, BORIS CHERDABAYEV, MIRGALI KUNAYEV, CREDIFINANCE CAPITAL, INC., and CREDIFINANCE SECURITIES, LTD.,<br><br>    Defendants. | Case No. 05 CV 3749 (KMW) (DF) |

**DEFENDANTS' MOTION IN LIMINE #9 TO PRECLUDE
THE USE OF TERMS
IMPUTING CRIMINAL CONDUCT**

Pursuant to FED. R. EVID. 403, Defendants submit this Motion in Limine #9 to Preclude the Use of Terms Imputing Criminal Conduct.

Throughout this litigation, Plaintiffs have characterized Defendants conduct using inflammatory terms such as "bribe" and "steal" that impute criminal conduct. These terms are unduly prejudicial and no ruling from the Court supports their application to the facts of this case or otherwise endorses their use. Further, the characterization of the facts to which Plaintiffs have applied these terms is irrelevant to the remaining claims in this case. Therefore, as set forth in the accompanying Memorandum of Law, Plaintiffs, their counsel, and their witnesses should be precluded at trial from using terms imputing criminal or immoral conduct to the Defendants.

Dated:  August 3, 2010
Salt Lake City, Utah

**MANNING CURTIS BRADSHAW
  & BEDNAR LLC**

/s/ Brent V. Manning
_____
Brent V. Manning (admitted *pro hac vice*)
L.R. Curtis, Jr. (admitted *pro hac vice*)
Sammi V. Anderson (*pro hac vice admission pending*)
James E. Ji (JJ 5150)
170 South Main Street, Suite 900
Salt Lake City, Utah 84101
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678

**O'HARE PARNAGIAN LLP**
Robert A. O'Hare Jr. (RO 6644)
Richard A. Menchini (RM 0657)
82 Wall Street, Suite 300
New York, New York 10005-3686
Telephone:  (212) 425-1401
Facsimile:   (212) 425-1421

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **MOTION IN LIMINE #9 TO PRECLUDE THE USE OF TERMS IMPUTING CRIMINAL CONDUCT** to be served in the method indicated below to the below-named attorneys this 3rd day of August, 2010.

|  |  |
|---|---|
| \_\_\_HAND DELIVERY | Jerome M. Marcus |
| \_\_\_U.S. MAIL | MARCUS & AUERBACH, LLC |
| \_\_\_OVERNIGHT MAIL | 400 Greenwood Avenue, Suite 200 |
| \_\_\_FAX TRANSMISSION | Wyncote, PA 19095 |
| \_\_\_E-MAIL TRANSMISSION | Jmarcus@marcusauerbach.com |
| \_x\_USDC ECF NOTICE | |
| | Attorneys for Plaintiffs |

|  |  |
|---|---|
| \_\_\_HAND DELIVERY | Jacob A. Goldberg |
| \_\_\_U.S. MAIL | Faruqi & Faruqi, L.L.P. |
| \_\_\_OVERNIGHT MAIL | 191 Greenwood Avenue, Suite 600 |
| \_\_\_FAX TRANSMISSION | Jenkintown, PA 19046 |
| \_\_\_E-MAIL TRANSMISSION | jgoldberg@faruqilaw.com |
| \_x\_USDC ECF NOTICE | |
| | Attorneys for Plaintiffs |

|  |  |
|---|---|
| \_\_\_HAND DELIVERY | Jamie Rebecca Mogil |
| \_\_\_U.S. MAIL | Faruqi & Faruqi, L.L.P. |
| \_\_\_OVERNIGHT MAIL | 369 Lexington Avenue, 10th Floor |
| \_\_\_FAX TRANSMISSION | New York, N.Y. 10017 |
| \_\_\_E-MAIL TRANSMISSION | jmogil@faruqilaw.com |
| \_x\_USDC ECF NOTICE | |
| | Attorneys for Plaintiffs |

| | |
|---|---|
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_OVERNIGHT MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>\_x\_USDC ECF NOTICE | Thomas E.L. Dewey<br>Dewey, Pegno & Kramarsky, LLP<br>220 East 42nd Street, 33rd Floor<br>New York, New York 10017<br>tdewey@dpklaw.com<br><br>Attorneys for Plaintiffs |
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_OVERNIGHT MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>\_x\_USDC ECF NOTICE | Jonathan Auerbach<br>Marcus & Auerbach LLC<br>400 Greenwood Avenue, Suite 200<br>Wyncote, PA 19095<br>auerbach@marcusauerbach.com<br><br>Attorneys for Plaintiffs |

/s/ James E. Ji

_____