# EXHIBIT A

# Transcript of the Testimony of **Matthew Morris, CFA**

**Date:** May 5, 2009
**Volume:**

**Case:** Sokol Holdings, Inc., et al. v. BMB Munai, Inc., et al.

Dickman Davenport, Inc.
info@dickmandavenport.com
www.dickmandavenport.com
214.855.5100

Page 70

1 You know, there are sometimes obstacles to unlocking
2 the value of a project, such as ADE, you know, the
3 significant up-front capital commitments, to bring it
4 back to some specificity.
5     If the seller of Emir didn't have the
6 resources to unlock the value of the field, I mean,
7 then it's not worth as much to that person
8 individually as it might be worth on an intrinsic
9 basis.
10    Q. And if that seller lacked the resources and
11 one way of finding someone with resources is to offer
12 the price -- offer the project on the market, that
13 would give you an indication of the value, wouldn't
14 it?
15        MR. GOLDBERG: Objection as to market;
16 vague.
17    A. It would give you -- it would certainly give
18 you indications. Again, without being able to
19 understand the circumstances behind them, I'm not sure
20 how relevant they would be.
21    Q. (BY MR. MANNING) Because you just don't have
22 the information?
23    A. Well, yes. I mean, I've not -- I've not
24 looked at the circumstances surrounding those specific
25 offers or proposed transactions or anything like that.

Page 71

1    Q. Do you have any background in petroleum
2 evaluation, either identification of reserves or
3 valuing reserves?
4    A. I have prepared -- not from a, you know, an
5 engineering standpoint.
6        I have prepared valuations of -- of oil
7 and gas exploration and production companies whose
8 primary assets are reserves and have applied reserve
9 multiples that were derived from transactions or
10 comparable public companies in that regard, you know,
11 from a -- from a financial standpoint in the context
12 of valuing the company itself.
13   Q. And -- but you don't have any particular
14 expertise with regard to valuing reserves, correct?
15   A. Well, I've performed valuations of reserves
16 in that context. I'm not a petroleum engineer or a
17 reserve engineer. You know, I don't --
18   Q. You don't second-guess what the engineer has
19 given you as to whether those reserves are accurate?
20       MR. GOLDBERG: Again -- and I'm fine with
21 the questions. If you could just let him finish his
22 answer before you hit him with another one, I'd
23 appreciate it.
24   A. Whether those reserves are accurate --
25   Q. (BY MR. MANNING) Yes.

Page 72

1    A. -- you mean the quantity of the reserves?
2    Q. Yes, whether the reserve estimate is
3 accurate.
4    A. No, I don't have any particular expertise in
5 determining the appropriateness or not of reserve
6 estimates.
7    Q. On how many occasions have you valued oil and
8 gas company -- exploration companies?
9    A. Oh, being from Texas we have our fair share.
10 I would say somewhere along the lines of over the
11 course of my career a dozen to 15.
12   Q. And at what stage of the development was the
13 company being valued?
14   A. Most of them have been in the production
15 phase. Some of them have been, you know, in the
16 early -- early production phase. I can't recall -- I
17 can't recall any specific instance in which I valued
18 something that was significantly pre -- preproduction.
19   Q. You can't recall any instance where there was
20 no production in any valuation you did?
21       MR. GOLDBERG: I'm sorry. Were you
22 finished with your answer before Mr. Manning
23 interrupted you?
24       THE WITNESS: I think so.
25       MR. GOLDBERG: Okay.

Page 73

1    A. I can't -- I can't recall. I can't say that
2 I have, and I can't say I haven't. One doesn't come
3 to mind, as I sit here.
4        But I've valued a number of oil and gas
5 companies at various stages of their lifecycles, their
6 reserve -- you know, when they've got different
7 amounts or proportions of their reserves left and
8 they're still drilling test wells or they're not and
9 they're just bleeding off what they've got.
10   Q. (BY MR. MANNING) You would agree with me
11 that as of the valuation date, BMB Munai had no
12 production?
13   A. I believe that's accurate, yes.
14   Q. And would you call BMB Munai a startup?
15       MR. GOLDBERG: Objection, vague.
16   A. As of the valuation date?
17   Q. (BY MR. MANNING) Correct.
18   A. I don't know that I would characterize it as
19 a startup. It was certainly preproduction. But there
20 were a number of different -- you know, there would
21 have been considerable progress made in putting
22 together the plan to unlock the value of the ADE
23 fields.
24       There was a -- you know, a potentially
25 imminent and reverse merger and private placement, so,

74

1 I mean, certainly to call them preproduction I think's
2 fair. I don't know that I would necessarily consider
3 them a startup in the classical sense of the phrase.
4    Q. Do you refer to a potentially imminent
5 reverse merger?
6    A. Yes.
7    Q. And to what do you refer?
8    A. I believe it was the reverse merger into the
9 Inner Union Financial, I think is the name of the
10 shell, at BMB, ultimately -- that BMB ultimately
11 merged into and became a public company.
12    Q. And when did that happen?
13    A. Oh, late 2003, seems to me like it was
14 November or December, I believe.
15    Q. And do you know whether as of the valuation
16 date, BMB had any revenue?
17    A. I don't believe that it did.
18    Q. And do you know how many employees it had as
19 of the valuation date?
20    A. I recall reviewing various information
21 sources, business plan, and few other documents in
22 which there were several individuals named. I'm not
23 sure if they were directly employed by the company or
24 advisors. I really don't know that I have that
25 specific information of who was an employee or not.

75

1    Q. But the only information you have about the
2 employees -- the number of employees comes from the
3 BMB business plan?
4       MR. GOLDBERG: Objection,
5 mischaracterizes the testimony.
6    A. Well, I believe that the -- as of the
7 valuation date, that was a, you know, potentially
8 relevant source of information. There may have been
9 others that I reviewed, but that's the one that comes
10 to mind.
11    Q. (BY MR. MANNING) Anything else come to mind?
12    A. Well, as I said, that's the one that comes to
13 mind right now. No.
14    Q. Do you know whether it had any contracts?
15       MR. GOLDBERG: Objection, vague.
16       Talking about BMB?
17       MR. MANNING: BMB as of the valuation
18 date.
19    A. Any contracts for what?
20    Q. (BY MR. MANNING) For anything.
21    A. For anything.
22       Well, certainly, there was -- there was
23 the -- well, I'm not sure if it had contracts for
24 anything at that point. No, I don't have any specific
25 understanding. I don't believe I was provided any

76

1 contract information.
2    Q. What's your definition of a startup?
3    A. I don't know that there is a particular
4 definition. The way I think about it is a company
5 that's very early on in its -- in its formation,
6 trying to get a handle on its go-to-market strategy,
7 business plan, things like that, things that were --
8 you know, there's obviously a considerable amount of
9 uncertainty as to the value proposition of whatever
10 product or service that they're selling, and that
11 uncertainty needs to be resolved before, you know, it
12 can kind of graduate out of the startup phase into
13 something that's a little bit more defined.
14    Q. And your testimony, as you sit here today, is
15 that, as of the valuation date, BMB Munai was not a
16 startup?
17    A. Well, I don't think of it as a startup. I
18 mean, there are reserves in the ground. You know, the
19 go-to-market strategy for an oil and gas is pretty
20 simple: You pull the oil out. You sell the oil.
21       So from that standpoint, there was a
22 significant amount of the progress that had been made
23 in developing the business plan, and there were
24 expectations and understandings of the asset in place,
25 the asset in question. So, yeah, I don't think I

77

1 would characterize BMB as a startup; but, like I said,
2 they were certainly preproduction at that point.
3    Q. And you said it's a pretty simple matter for
4 an oil and gas company to go to market.
5       Do you know whether BMB Munai had any
6 drilling rig?
7       MR. GOLDBERG: Timing?
8       MR. MANNING: Valuation date.
9    A. When I made that comment, it was conceptual.
10 It wasn't from a practical standpoint. I'm not aware
11 of whether they were actively drilling at that point
12 or not or had access to rigs.
13    Q. (BY MR. MANNING) Do you know whether they
14 had any contracts with any drilling company?
15       MR. GOLDBERG: Objection, asked and
16 answered.
17    A. I do not.
18    Q. (BY MR. MANNING) There are various
19 categories of reserves commonly used in valuation,
20 correct?
21    A. Of oil and gas reserves?
22    Q. Yes.
23    A. Yes.
24    Q. And can you tell me what those are?
25    A. Typically, they've -- you know, as I -- as

**78**

1 I've used them over the years, they fall into proved,
2 probable, and possible reserves.
3   Q. And from what source does one derive the
4 definition of proved, probable, and possible?
5   A. I don't know that I can give you a source. I
6 can only tell you that based on my experience, those
7 are the categories in which I typically think of
8 reserves. I believe they were -- it's a very similar
9 set of categories to what was used in some of the
10 documents that -- that I reviewed as part of this
11 matter.
12   Q. And what is the significance of being in one
13 category or the other?
14   A. It's typical a spectrum of statistical
15 probability of the ability to be able to extract the
16 oil and gas in each one of those categories.
17       Proved reserves tend to be viewed as
18 more -- more likely to be extracted and to be, you
19 know, present than the probables, which are more
20 possible than the possibles.
21   Q. And what is the impact of that categorization
22 on value, on your valuation?
23       MR. GOLDBERG: Compound.
24       Do you want to ask one or the other?
25 General or his?

**79**

1       MR. MANNING: I asked him about his.
2       MR. GOLDBERG: Okay.
3   A. I incorporated information relating to
4 multiples paid in transactions for both proved and
5 proved plus probables. So to the extent that there is
6 uncertainty baked into the prices that were paid, the
7 multiples that I selected reflect that uncertainty.
8   Q. (BY MR. MANNING) Is there a particular
9 multiple or ratio that you applied to proved reserves,
10 as opposed to probable reserves?
11   A. Yes.
12   Q. What was that?
13   A. To proved reserves I applied a multiple of
14 $2.40 a barrel.
15   Q. And you're referring to where?
16   A. Schedule F.
17   Q. How did you derive at $2.40 per barrel was
18 the appropriate multiple for a proved reserve?
19   A. From the transaction and comparable company
20 information in the pages immediately pre -- excuse
21 me -- preceding.
22   Q. Is that the only source for the $2.40
23 multiple you used?
24   A. Yes, I believe so.
25   Q. And the proved plus probable you used a

**80**

1 factor of a $1.39?
2   A. That's correct.
3   Q. That's also from Schedule F and also from the
4 same source?
5   A. Yes, but there's that ratio that you were
6 alluding to earlier of the probables being less
7 certain. The pricing comes down to reflect that less
8 certain extraction.
9   Q. And you don't include any poss -- value of
10 any possible reserves in your valuation; is that
11 accurate?
12   A. That's -- that's correct.
13   Q. And why is that?
14   A. The primary way by which the companies
15 reported their reserves was either proved or
16 probables. There wasn't a significant amount of
17 information relating to possibles, or it was -- you
18 know, I believe that's the reason, is I typically look
19 at proved and proved plus probables.
20   Q. Do you know what the SEC reporting
21 requirements are with regard to what category of
22 reserves can be reported?
23   A. I don't know that I have a specific
24 understanding of that. Just based on my experience,
25 the ones that I've seen the most are proved and

**81**

1 probables.
2   Q. In SEC filings?
3   A. Correct.
4   Q. You see both proved and probables?
5   A. Sometimes there have been instances. I
6 believe there may have even been one here where we
7 didn't have a -- we didn't even have a probable number
8 in the SEC filing.
9   Q. In -- if you could here, help me out.
10       On Schedule F where does -- you derive
11 the ratios and price for selected multiples from
12 Schedule F from which schedule? Schedule G?
13   A. Schedule -- no, I believe it came from
14 Schedule D.4 and Schedule E.
15   Q. Schedule D.4 and E?
16   A. Yes.
17   Q. Okay. Let's talk about those for just a
18 minute.
19       What is the source for the total proved
20 reserve numbers you have there for Chaparral,
21 Transmeridian, and PetroKazakh?
22   A. Those figures either came out of their SEC
23 filings or were reported in substantially similar form
24 in Bloomberg, which is a database that I use that's
25 pretty common.

98

1     A. Transmeridian, like BMB, was prerevenue. It
2  was sustaining, you know, fairly significant expenses
3  at the time compared to its cash position. For the 12
4  months ended June 30, 2003, it reflected an operating
5  loss of nearly $3.9 million. It only had
6  approximately 1.27 million in cash available on its
7  balance sheet. And it had total debt of approximately
8  $34.4 million, which was obviously a fairly sizable
9  amount given its -- given that it was pre --
10 prerevenue without the ability to generate positive
11 debt service.
12    Q. And do you know what that debt represented?
13    A. I reviewed the filings of all three of these
14 companies in the context of looking at the cost of the
15 debt. I don't know that I necessarily reviewed it
16 with the idea of what that debt represented. I mean,
17 any debt represents an obligation from the borrower to
18 the lender, but...
19    Q. Did you finish?
20    A. Yes.
21    Q. Did the -- did it have a committed -- let me
22 withdraw that.
23        Do you know what lines of credit
24 Transmeridian had available to it at the time?
25    A. As I said, I reviewed the debt facilities in

99

1  the most recent -- I believe it was 10-K for each one
2  of the companies. I don't recall specifically which
3  debt facilities were characterized as what, whether
4  they were notes or revolving lines of credit or, you
5  know, senior subordinated debt lines. I'm not -- I
6  can't recall, as I sit here.
7     Q. Did you consider that in your valuation?
8     A. Consider -- consider what and how?
9     Q. It's access to lines of credit and whether
10 that was a truly comparable, comparable?
11    A. I didn't really consider that in the context
12 of selecting the comparables, but I did consider that
13 information in the context of calculating the discount
14 rate that was used in the discounted cash flow
15 analyses that I perform.
16    Q. And how did you do that?
17    A. I used one of the highest rates of debt --
18 debt rates that I could find in order to -- as a proxy
19 for the debt cost that BMB or an asset, you know,
20 similar to BMB would -- would find in the marketplace
21 in going to get its debt financing for its capital
22 structure.
23    Q. One of the highest rates was -- is that the
24 14 percent?
25    A. Yes.

100

1     Q. And was that what Transmeridian was paying?
2     A. I don't recall specifically what
3  Transmeridian was paying. I did review all three of
4  them, and I noted rates. I remember there was one
5  that was at LIBOR plus 375 basis points or something
6  like that, which is an incredibly low rate. I recall
7  seeing some notes out there for one of the comparables
8  at 9-plus percent, and then I saw bank facilities --
9  what I believe to be bank facilities that were at the
10 12, 14, 15 percent rate.
11    Q. And the basis upon which you selected 14 was
12 what?
13    A. A review of the documents -- of the filings
14 for the three comparable companies.
15    Q. Since you've got a wide range as you've
16 described -- as you have described, how did you --
17 what factors led you to choose 14 percent?
18    A. Again, just as -- in an effort to be as
19 conservative as possible in terms of selecting a high
20 discount rate, which obviously drops the value of
21 discounted cash flow analysis, I chose, you know, a
22 rate of interest on the debt that was at the very top
23 end of the range of the observations.
24    Q. That's the only factor?
25        Well, I think, at the end of the day,

101

1  there's got to be some relationship between the equity
2  rate of return and the debt rate of return.
3        It's -- it's typical for debt rates of
4  return to be -- for debt costs or interest rates to be
5  lower than requiring rates of return for equity. And
6  I believe that that number -- that 14 percent
7  satisfies that relationship in my cost of capital
8  calculation.
9     Q. Anything else?
10    A. No. Like I said, the -- the choice of that
11 14 percent was based, by and large, on a review of
12 the -- of the debt rates for, you know, companies who
13 had comparable assets.
14    Q. Go to schedule D.3 for me, would you, please.
15    A. Okay.
16    Q. Looking at the working capital percentage,
17 can you explain for me what that -- what that row
18 represents?
19    A. Working capital is generally defined as
20 current assets minus current liabilities.
21    Q. Okay. That's the value represented in the
22 row headed by WC?
23    A. Correct.
24    Q. And percentage revenue, what does that
25 represent?

### 102

1  A. That's the working capital, or the WC number
2  divided by the most recent 12 months revenue for the
3  comparables in this set.
4  Q. And what does NMF stand for?
5  A. Not meaningful.
6  Q. And why is the working capital percentage of
7  Transmeridian not meaningful?
8  A. It's a -- it's a convention that I typically
9  use when numbers are negative and don't -- it
10 indicates that Transmeridian had negative working
11 capital. It had higher current liabilities than it
12 had current assets. It owed more than it was owed on
13 current assets and liabilities.
14 Q. And therefore that's not meaningful?
15 A. The percentage would be not meaningful. I
16 guess you could have -- you could have a negative
17 percentage there.
18 Q. You have a pretty broad range here, a
19 negative percentage to 36.1; and you select 10
20 percent, correct?
21 A. In the analysis -- in the second DCF
22 analysis, yes; that's correct.
23 Q. How do you arrive at the 10 percent working
24 capital percentage?
25 A. Simply an estimate based on, you know, a

### 103

1  rough idea of the flow of receivables and inventory
2  versus payables, the elements in working capital. It
3  certainly is, you know, higher than Chaparral and
4  Transmeridian, but lower than PetroKazakhstan.
5  Q. But how did you determine that it would be an
6  appropriate assumption for valuing BMB that 10 percent
7  is the working capital ratio?
8  A. Just based on -- like I said, just my --
9  my -- the idea of how the working capital items would
10 fluctuate with revenue, and --
11 Q. Okay. So what -- be specific, if you would.
12      MR. GOLDBERG: Now you did interrupt him.
13 A. I believe I already said I just -- I thought
14 about receivables, and, you know, how much inventory
15 one might reasonably keep around and thought about
16 what kind of payables or accrued expenses that BMB
17 might be able to generate as a working capital offset;
18 and 10 percent, based on the way I think about working
19 capital and the information that I reviewed, seemed
20 like a reasonable number.
21      There -- there was no specifically
22 quantitative way that I went about choosing that
23 number. It was more -- it was more of a conceptual
24 approach augmented by, you know, looking at market
25 data. And, again, at the end of the day, it was my

### 104

1  attempt to be more conservative. The projections that
2  were in the BMB business plan did not have a working
3  capital investment component.
4       But, again, since the projection period
5  is finite that the -- you know, whatever working
6  capital investments are made are going to be
7  ultimately returned over time, so it's kind of a zero
8  sum game over the life of the projections.
9  Q. When you say it was conceptual, as opposed
10 to -- I think you said specific, does that mean that
11 you didn't do a calculation?
12 A. I attempted to investigate working capital
13 for other oil and gas companies, but I couldn't find
14 any -- I couldn't find any estimates that were
15 consistently reliable with one another. And so the --
16 the calculation was based on just my general
17 experience with -- with businesses and working capital
18 and understanding or conceptualizing what kind of
19 receivables the company might have to carry, what kind
20 of inventory it might have to carry, offsetting that
21 with the account of -- you know, the current liability
22 accounts it might have available to it where it's got
23 trade debt from its vendors and so on and so forth.
24 Q. And what kind of inventory did you determine
25 that BMB would have to carry?

### 105

1  A. I didn't -- I didn't allocate specific
2  estimates for each one. I didn't do a working capital
3  buildup. Like I said, the 10 percent is a conceptual,
4  based in my experience in valuing companies, 10
5  percent of revenue working capital is -- you know,
6  reasonable, and it certainly is within the range borne
7  by the -- by the companies here.
8  Q. Can you identify any oil and gas company that
9  you regarded as comparable with 10 percent when you
10 were referring to your experience and drew upon the 10
11 percent?
12 A. Well, I --
13      MR. GOLDBERG: Objection, vague.
14 A. I believe I said just in valuing companies in
15 general. I don't know that I necessarily drew on
16 specific oil and gas experience for -- for that,
17 versus just the general experience in the working
18 capital that any operating company's likely to have to
19 invest in.
20 Q. (BY MR. MANNING) You said that you
21 investigated companies in the oil and gas industry?
22 A. Yes.
23 Q. Where is that reflected, that investigation?
24 A. Well --
25 Q. Is there anything other than here on this

106

1 Exhibit D.3?
2  A. No. I reviewed the information. I think it
3 was a -- I did some Bloomberg searches where I was
4 looking at working capital ratios for different oil
5 and gas companies, but they were -- they were all over
6 the map, so it was difficult to find any consistency
7 with respect to that information.
8  Q. Did you record any of those searches, the
9 Bloomberg searches that you were doing?
10  A. I don't believe so. I didn't find -- I
11 didn't find the search useful, and therefore I didn't
12 rely on them.
13  Q. So you found them all over the map and then
14 arrived at 10 percent based upon what?
15    MR. GOLDBERG: Objection, asked and
16 answered.
17  A. Again, my experience in valuing companies and
18 understanding the working capital investments that
19 companies typically would have to make and taking that
20 information and comparing that against the information
21 that I had specifically for the three comparables and
22 seeing that that was within the range; and therefore
23 it was likely to be reasonable, knowing that it's a --
24 it's really from a working capital perspective because
25 of the nature of the forecast, it's a zero sum game.

107

1    What gets -- what gets invested in gets
2 returned, so it's just kind of a shift around. Again,
3 that was all in my efforts to add additional expenses
4 that I didn't see in the original projections to look
5 at the value of the company in the second DCF analysis
6 as conservatively as possible.
7  Q. (BY MR. MANNING) When you say that it gets
8 shifted around, does -- is it your opinion, then, that
9 the working capital percentage does not have an impact
10 on ultimate valuation?
11  A. Oh, it -- it would have some -- it would have
12 some impact, but since it's a finite model, it's not
13 going to necessarily have as much impact as it would
14 in the context of doing a discounted cash flow model
15 that had a finite projection period and then a -- some
16 sort of a terminal value or perpetuity value
17 calculation.
18  Q. For example, if you had used the PetroKazakh
19 discount -- working capital percentage of 36 percent,
20 what impact would that have on value?
21    MR. GOLDBERG: Could you say the last
22 word again? I didn't hear it. You trailed off at the
23 end.
24  Q. (BY MR. MANNING) If you were to use the
25 PetroKazakh 36 percent working capital percentage,

108

1 what impact would that have on revenue -- on value?
2  A. On the value of the second discounted cash
3 flow analysis?
4  Q. Yes.
5  A. It would -- it would have decreased the
6 value.
7  Q. How much?
8  A. I'm not sure.
9  Q. No idea of the magnitude?
10  A. I can perform that calculation if you'd like;
11 but, I -- as I sit here, I can't perform that
12 calculation before.
13  Q. Do you have a calculator available to you
14 that you could do that?
15  A. The model's 28 years long. I don't think
16 there's any way I could conceivably recreate that in a
17 kind of reasonable time frame.
18  Q. Okay.
19  A. I'd be happy to try if you'd like me to,
20 however.
21  Q. Let's go back to D.4. I was asking you about
22 the bases upon which these companies were comparable.
23    Do you know whether Transmeridian, as of
24 the valuation date, had drilling contracts?
25  A. I don't recall.

109

1  Q. What about PetroKazakh? Now, we can look at
2 the schedule where you report their assets, liability,
3 and revenue.
4    In addition to what is reported on their
5 assets and liabilities and revenue, as of the
6 valuation date, what do you know about PetroKazakh?
7  A. Obviously, it's a significant -- it's a
8 fairly significant concern. And in the context of oil
9 and gas exploration production, I believed it also had
10 some refinery assets, as I recall, that were in its
11 portfolio at the time of the valuation. It was
12 obviously the largest, most profitable and most stable
13 of the three companies.
14  Q. How did you reduce the refinery assets or
15 eliminate the effect of the refinery assets in the
16 value?
17  A. I didn't -- there really -- I didn't see a
18 very clean way to do that.
19  Q. So, in addition to the reserves, you've also
20 valued the refinery assets in PetroKazakh?
21  A. It's embedded in the valuation -- the market
22 valuation and therefore the reserves, which is why I
23 certainly didn't select those numbers solely as
24 evidence of value for purposes of valuing BMB.
25  Q. And what other assets did Transmeridian have

### Page 110

1 other than its reserves?
2   A. I don't recall.
3   Q. And did you look at that?
4   A. I -- the one that -- the -- the -- of the
5 three companies, the one that sticks out in my mind as
6 having, you know, other assets outside the reserves
7 was PetroKazakhstan. I don't recall specifically if
8 Transmeridian or Chaparral had assets outside of the
9 reserves and, if they did, what's those assets were.
10   Q. Do you know whether PetroKazakh had drilling
11 contracts?
12   A. I would presume it had some contracts, some
13 sort given the amount of revenue it was generating.
14   Q. Do you know whether those contracts had
15 value?
16   A. Other than to say that the market was
17 ascribing value to the corporation and presumably the
18 contracts, I don't know specifically what value they
19 would have had.
20   Q. Do you know how long PetroKazakh had been
21 around?
22   A. It's my -- my general feeling that they were
23 a fairly significant player and had been for sometime
24 in the oil and gas industry in Kazakhstan.
25   Q. Do you know when BMB Munai was created?

### Page 111

1   A. I'm not sure about the timeline associated
2 with BMB. Obviously, they were pre -- preproduction,
3 I think, as we've already spoken about; so it's not
4 like they had been around for 15 years at that point.
5   Q. Less than a year?
6   A. It's possible, yes.
7   Q. Do you know if any of these companies had
8 been around for less than a year?
9   A. I'm not specifically aware, no.
10   Q. What about Chaparral, do you know how long it
11 had been around?
12   A. I'm not aware.
13   Q. Do you know whether it had value in any of
14 its contracts, such as drilling contracts?
15   A. Well, I should say that actually I do know,
16 because in order to do a trailing 12 months analysis,
17 we would have had to have 12 months of filings, so
18 they would have at least had to have been around a
19 year.
20   Q. That wasn't true of BMB, though?
21   A. I'm not aware.
22   Q. Do you know whether each of these companies,
23 Chaparral, Transmeridian, and PetroKazakh, had
24 management in place at the time?
25   A. Other than to say they're generating revenue

### Page 112

1 and therefore I would presume, I don't recall reading
2 their filings with an eye towards understanding the --
3 the management in place or the employee base for each
4 one of those companies, no.
5   Q. And other than the refinery assets in
6 PetroKazakh, you're not aware of the other assets of
7 any of these three; is that correct?
8   A. You mean of the other two -- or I guess the
9 other three. Not specific, no.
10   Q. And you didn't do an analysis of that in
11 determining whether they were comparable?
12   A. Well, I determined comparability based on
13 operations in the oil and gas industry in Kazakhstan.
14 To the extent that they had vertically integrated
15 assets or assets outside of Kazakhstan, that didn't
16 necessarily limit the comparability, in -- in my mind.
17   Q. Or assets outside of the reserves?
18   A. Well, I said vertically integrated assets; so
19 upstream or downstream, assets, transportation, or
20 refining, yes.
21   Q. Well, they could have assets in addition to
22 vertically integrated, could they not?
23   A. Oh, that's very possible. They certainly
24 have, you know, financial assets, you know, cash, and
25 stuff like that. They could have other fixed assets,

### Page 113

1 as well.
2   Q. And they could have lines of credit. They
3 could have valuable contracts either to purchase or
4 sell?
5   A. Lines of credit would be a liability; I mean,
6 in the strictest sense of the word.
7   Q. Is -- having a line of credit is something
8 that adds value to an enterprise, does it not?
9   A. Having access to capital, I think, is maybe
10 the better way to say it, but yes.
11   Q. I stand corrected. I agree with you.
12         But it does add value, right?
13   A. It can, yes.
14   Q. And also having an operating history adds
15 volume, does it not?
16   A. It can. There are certainly -- that's
17 obviously not the case with somebody like Chrysler at
18 the moment, but...
19         THE WITNESS: Do you mind if we take a
20 very quick comfort break, or --
21         MR. MANNING: That's fine. Let's go off
22 the record for a minute.
23         (Recess 11:48-11:55.)
24   Q. (BY MR. MANNING) If you would look at
25 Schedules A.1 and A.2 in your report.